**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME  LITIGATION<br><br>This document relates to: 1:18-cv-10028 (LAK); 1:18-cv-10030 (LAK); 1:18-cv-10031 (LAK); 1:18-cv-10032 (LAK); 1:18-cv-10035 (LAK); 1:18-cv-10036 (LAK); 1:18-cv-10039 (LAK); 1:18-cv-10049 (LAK); 1:18-cv-10060 (LAK); 1:18-cv-10061 (LAK); 1:18-cv-10062 (LAK); 1:18-cv-10063 (LAK); 1:18-cv-10064 (LAK); 1:18-cv-10065 (LAK); 1:18-cv-10066 (LAK); 1:18-cv-10069 (LAK); 1:18-cv-10070 (LAK); 1:18-cv-10071 (LAK); 1:18-cv-10073 (LAK); 1:18-cv-10074 (LAK); 1:18-cv-10076 (LAK); 1:18-cv-10077 (LAK); 1:18-cv-10080 (LAK); 1:18-cv-10082 (LAK); 1:18-cv-10083 (LAK); 1:18-cv-10086 (LAK); 1:18-cv-10096 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

**NOTICE OF MOTION OF MARK D. ALLISON, ESQUIRE AND ZHANNA A. ZIERING, ESQUIRE TO WITHDRAW AS COUNSEL TO DEFENDANT MATTHEW TUCCI AND HIS ASSOCIATED PENSION PLAN DEFENDANTS**

PLEASE TAKE NOTICE THAT Caplin & Drysdale, Chartered, will and hereby does move this Court, before the Honorable Lewis A. Kaplan, Courtroom 21B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, at a date and time convenient for the Court, for an Order, pursuant to Local Civil Rule 1.4 of the Rules of the United States District Court for the Southern District of New York, granting the withdrawal of Mark D. Allison, Esquire and Zhanna A. Ziering, Esquire of Caplin & Drysdale, Chartered, as attorneys of record for Defendants Matthew Tucci, FiftyEightSixty LLC Solo 401K Plan, OneZeroFive LLC Solo 401K Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K

Plan, The Cardinal Consulting Pension Plan, The Chambers Property Management LLC 401K Plan, The Crow Associates Pension Plan, The Egret Associates LLC 401K Plan, The Everything Clean LLC 401K Plan, The Hawk Group Pension Plan, The Heron Advisors Pension Plan, The Hibiscus Partners LLC 401K Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Jump Group LLC 401K Plan, The Lakeview Advisors 401K Plan, The Maple Advisors LLC 401K Plan, The Oaks Group Pension Plan, The Osprey Associates LLC 401K Plan, The Robin Daniel Pension Plan, The Sandpiper Pension Plan, The Sea Bright Advisors LLC 401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K Plan, The Wave Maven LLC 401K Plan, and The Zen Training LLC 401K Plan.  This Motion is made and based upon the accompanying Declaration of Mark D. Allison, Esquire and the Memorandum of Law in Support of the Motion to Withdraw, on the grounds of nonpayment of fees.

Dated: New York, New York

January 8, 2021

        CAPLIN & DRYSDALE, CHARTERED

        s/ Mark D. Allison_____
        By: Mark D. Allison

        Mark D. Allison
        Zhanna A. Ziering
        600 Lexington Avenue, 21st Floor
        New York, New York 10022
        (212) 379-6000
        mallison@capdale.com
        zziering@capdale.com